UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/14/2026

|  |  |  |  |
|---|---|---|---|
| DUANE GALLOWAY, | : | | |
| | : | | |
| Plaintiff, | : | 1:26-cv-2502-GHW | |
| | : | | |
| -v- | : | ORDER | |
| | : | | |
| EQUINITI TRUST COMPANY, LLC, | : | | |
| | : | | |
| Defendant. | : | | |
| | : | | |

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The Court held a conference in this matter on April 13, 2026.  As stated on the record during the conference, Defendant's reply in support of its motion to dismiss is due no later than April 23, 2026.

Any documents previously filed under seal in their entirety are to be refiled no later than April 23, 2026, with only the redactions permitted by Federal Rule of Civil Procedure 5.2.  To the extent that a party seeks to request additional redactions, they must do so in accordance with the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.

For the reasons stated on the record during the conference, discovery in this matter is stayed pending the briefing and resolution of Defendant's motion to dismiss.

SO ORDERED.

Dated:  April 14, 2026
        New York, New York

_____
GREGORY H. WOODS
United States District Judge